EUGENE SAXE, Appellant, v. SUGARLAND MANUFACTURING COMPANY, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant

to abide the event, on the ground that upon the undisputed evidence in the case the plaintiff was entitled to a recovery of $460, and, therefore, the verdict in favor of the defendant was against the weight of the evidence. Inasmuch as a new trial is ordered, attention should be called to the fact that error was committed in receipt of defendant's Exhibits "A," "B" and "J." Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ,